```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2931
 9       Facsimile: (213) 894-7177
         Email:    Monica.Tait@usdoj.gov    JS 6
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 05-1961 DSF (Ex) |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION PURSUANT |
| | ) | TO SETTLEMENT |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 428 EAST 31ST STREET, LOS ANGELES, CALIFORNIA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| ELVA MONICA AVINA, BANK ONE, N.A., | ) ) | |
| | ) | |
| Claimants. | ) | |
| _____ | | |

The Court having reviewed the accompanying stipulation between plaintiff United States of America and claimant Elva Monica Avina, IT IS HEREBY ORDERED AS FOLLOWS:

1.   In settlement of this action, plaintiff United States and claimant Elva Monica Avina have stipulated and agreed that the government's claims for the forfeiture of the defendant property be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

2.   The only other party who participated in this action was Ocwen Loan Service, LLC, as Servicing Agent for Bank One, N.A. as trustee for others ("Bank One").  This Order and the dismissal of this action does not affect Bank One's interests in the defendant property.

3.   This action is hereby dismissed.  Not later than five business days after the execution of the parties' agreement by plaintiff's counsel, plaintiff United States shall record a withdrawal of the lis pendens filed in this matter with the recorder's office of Los Angeles County.  Except as to such rights and obligations created by the parties' stipulation, Elva Monica Avina has agreed to release and hold harmless the United States (and any state or local law enforcement agency), and any agents, servants, and employees of the United States, including the Drug Enforcement Administration and Internal Revenue Service, acting in their individual or official capacities, from all claims, actions or proceedings which are related to or arise out of this action, including, but not limited to, any claim for attorney's fees, costs, and/or interest, that may hereafter be asserted or brought by her, or on her behalf.

4.   Each party has waived its right to appeal this Order. This Order constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2) as to the defendant property.

5.   Each party shall bear its own costs of litigation and

1  attorney's fees in this action.
2        6.   The clerk is hereby directed to enter this Order
3  dismissing this case, which concludes this action.
4
5
6  DATED: ___1/5/10                _____
                                    The Hon. Dale S. Fischer
7                                   UNITED STATES DISTRICT JUDGE
8
9  Presented by:
10 GEORGE S. CARDONA
   Acting United States Attorney
11
12   /s/                .
   MONICA E. TAIT
13 Assistant United States Attorney

3